UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ANGELA MUSSETT,**

      **Plaintiff,**                      **CASE NO.: 8:15-cv-02757-SCB-TBM**

vs.

**ONE TOUCH DIRECT, LLC,** a Florida
Limited Liability Company,

      **Defendant.**
_____/

**VERIFIED SUMMARY OF HOURS WORKED BY ANGELA MUSSETT**

      Pursuant to the Court's Order, Defendant, One Touch Direct, LLC ("One Touch"), hereby files its Verified Summary of hours worked by Plaintiff, Angela Mussett ("Mussett").

      1.      One Touch employed Mussett as a non-exempt Telephone Service Representative from June 13, 2012 through April 9, 2015. Mussett was paid an hourly rate that ranged from $9.00 to $11.25,[1] and an overtime rate that was one-and-a-half times the applicable hourly rate for all hours worked over forty in any work week.

      2.      The following summary of Mussett's hours is based upon information available to One Touch at this time, which includes payroll and time keeping records for the relevant pay periods:

| Week Ending | Hours Worked |
|---|---|
| 2012-12-01 | 48.59 |
| 2012-12-08 | 38.00 |
| 2012-12-15 | 56.02 |
| 2012-12-22 | 58.27 |
| 2012-12-29 | 53.30 |

---

[1] Mussett earned $9.00 per hour from her initial date of employment through the pay period ending on May 4, 2013, when her rate of pay increased to $10.00 per hour. Her rate of pay increased to $11.00 per hour during the pay period ending on January 25, 2014, and increased to $11.25 per hour during the pay period ending on February 21, 2015.

EXHIBIT A

| Date | Value |
|---|---|
| 2013-01-05 | 46.70 |
| 2013-01-12 | 60.51 |
| 2013-01-19 | 72.36 |
| 2013-01-26 | 68.34 |
| 2013-02-02 | 48.13 |
| 2013-02-09 | 45.47 |
| 2013-02-16 | 4.68 |
| 2013-02-23 | 45.22 |
| 2013-03-02 | 33.57 |
| 2013-03-09 | 46.24 |
| 2013-03-16 | 52.69 |
| 2013-03-23 | 51.85 |
| 2013-03-30 | 36.92 |
| 2013-04-06 | 52.64 |
| 2013-04-13 | 53.03 |
| 2013-04-20 | 28.29 |
| 2013-04-27 | 38.05 |
| 2013-05-04 | 38.65 |
| 2013-05-11 | 30.57 |
| 2013-05-18 | 40.20 |
| 2013-05-25 | 41.17 |
| 2013-06-01 | 38.79 |
| 2013-06-08 | 29.56 |
| 2013-06-15 | 0.00 |
| 2013-06-22 | 37.06 |
| 2013-06-29 | 49.67 |
| 2013-07-06 | 41.79 |
| 2013-07-13 | 40.72 |
| 2013-07-20 | 47.34 |
| 2013-07-27 | 47.93 |
| 2013-08-03 | 41.23 |
| 2013-08-10 | 47.46 |
| 2013-08-17 | 44.34 |
| 2013-08-24 | 42.26 |
| 2013-08-31 | 17.44 |
| 2013-09-07 | 32.90 |
| 2013-09-14 | 41.54 |
| 2013-09-21 | 21.25 |
| 2013-09-28 | 45.07 |
| 2013-10-05 | 48.70 |
| 2013-10-12 | 47.86 |

| Date | Value |
|---|---|
| 2013-10-19 | 47.62 |
| 2013-10-26 | 45.38 |
| 2013-11-02 | 36.00 |
| 2013-11-09 | 47.10 |
| 2013-11-16 | 45.30 |
| 2013-11-23 | 46.29 |
| 2013-11-30 | 45.17 |
| 2013-12-07 | 53.60 |
| 2013-12-14 | 42.12 |
| 2013-12-21 | 49.41 |
| 2013-12-28 | 42.18 |
| 2013-12-31 | 18.64 |
| 2014-1-4 | 21.33 |
| 2014-1-11 | 42.14 |
| 2014-1-18 | 39.52 |
| 2014-1-25 | 44.30 |
| 2014-2-1 | 10.20 |
| 2014-2-8 | 43.63 |
| 2014-2-15 | 42.35 |
| 2014-2-22 | 22.94 |
| 2014-3-01 | 0.00 |
| 2014-3-08 | 44.14 |
| 2014-3-15 | 19.96 |
| 2014-3-22 | 23.85 |
| 2014-3-29 | 44.29 |
| 2014-4-5 | 42.05 |
| 2014-4-12 | 44.42 |
| 2014-4-19 | 20.91 |
| 2014-4-26 | 42.02 |
| 2014-5-3 | 36.62 |
| 2014-5-10 | 39.57 |
| 2014-5-17 | 30.72 |
| 2014-5-24 | 36.58 |
| 2014-5-31 | 32.54 |
| 2014-6-7 | 4.98 |
| 2014-6-14 | 0.00 |
| 2014-6-21 | 28.89 |
| 2014-6-28 | 36.71 |
| 2014-7-5 | 37.12 |
| 2014-7-12 | 11.79 |
| 2014-7-19 | .8 |

| Date | Value |
|---|---|
| 2014-7-26 | 16.58 |
| 2014-8-2 | 34.08 |
| 2014-8-9 | 33.46 |
| 2014-8-16 | 40.21 |
| 2014-8-23 | 39.80 |
| 2014-8-30 | 37.65 |
| 2014-9-6 | 36.87 |
| 2014-9-13 | 49.44 |
| 2014-9-20 | 39.88 |
| 2014-9-27 | 44.60 |
| 2014-10-4 | 39.84 |
| 2014-10-11 | 38.86 |
| 2014-10-18 | 32.37 |
| 2014-10-25 | 27.22 |
| 2014-11-01 | 38.71 |
| 2014-11-8 | 49.28 |
| 2014-11-15 | 46.61 |
| 2014-11-22 | 47.54 |
| 2014-11-29 | 39.11 |
| 2014-12-6 | 34.91 |
| 2014-12-13 | 43.84 |
| 2014-12-20 | 45.76 |
| 2014-12-27 | 43.64 |
| 2014-12-31 | 18.92 |
| 2015-1-3 | 9.05 |
| 2015-1-10 | 0.00 |
| 2015-1-17 | 53.83 |
| 2015-1-24 | 58.27 |
| 2015-1-31 | 24.35 |
| 2015-2-7 | 28.77 |
| 2015-2-14 | 13.70 |
| 2015-2-21 | 13.49 |
| 2015-2-28 | 19.49 |
| 2015-3-7 | 15.13 |
| 2015-3-14 | 26.99 |
| 2015-3-21 | 10.55 |
| 2015-3-28 | 28.71 |
| 2015-4-4 | 0.00 |
| 2015-4-9 | 13.49 |

## **VERIFICATION**

I, Jean Kubiszewski, Director, Employee Relations, declare under the penalty of perjury that I have read the foregoing Summary of Hours Worked by Angela Mussett and the foregoing Summary is true and correct to the best of my knowledge, information, and belief.

_____
Jean Kubiszewski

_____12/30/2015_____
Date